UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE BANK | CASE NO. 6:20-CV-00956 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| USAA GENERAL INDEMNITY COMPANY, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge, and after an independent review of the record, noting the absence of objections filed, the Court has determined that the findings and recommendation are correct under the applicable law. Accordingly,

**IT IS ORDERED** that the Motion to Remand filed by Plaintiff [Rec. Doc. 7] is **DENIED**, and Defendant Keith Thibodeaux is **DISMISSED** for improper joinder.

**THUS DONE and SIGNED** in Chambers on this 9th day of December, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE